IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.:  10-cv-01481-RPM

THE CHARTER OAK FIRE INSURANCE COMPANY, a Connecticut corporation

    Plaintiff

v.

PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY, an Ohio Corporation,
UNITED FINANCIAL CASUALTY COMPANY, a Missouri corporation,
ZURICH AMERICAN INSURANCE COMPANY OF ILLINOIS, an Illinois corporation.

    Defendant.

---

**ORDER FOR DISMISSAL WITH PREJUDICE OF CLAIMS AGAINST PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY**

---

    Upon review of the Stipulation between Plaintiff The Charter Oak Fire Insurance Company and Defendant Progressive County Mutual Insurance Company for Dismissal with Prejudice of the claims against Progressive [20], filed on October 22, 2010, it is.

    ORDERED, that the claims of the Plaintiff be dismissed against Defendant Progressive County Mutual Insurance Company, with prejudice, each party to pay their own costs and attorneys' fees.

    Dated this 27th day of October 2010.

    By the Court:

    s/Richard P. Matsch

    _____
    Richard P. Matsch, Senior Judge