IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-01481-RPM

THE CHARTER OAK FIRE INSURANCE COMPANY,

    Plaintiff,
v.

UNITED FINANCIAL CASUALTY COMPANY,
ZURICH AMERICAN INSURANCE COMPANY OF ILLINOIS,

    Defendants.
_____

ORDER FOR RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT
BY UNITED FINANCIAL CASUALTY COMPANY AND CONTINUING STAY AS TO
ZURICH AMERICAN INSURANCE COMPANY OF ILLINOIS
_____

    Pursuant to the Joint Status Report to the Court, filed February 1, 2011, it is now

    ORDERED that Defendant United Financial Casualty Company shall have to and including February 18, 2011, to file its response in opposition to the plaintiff's motion for summary judgment, filed November 29, 2010, and it is

    FURTHER ORDERED that the stay as to Defendant Zurich American Insurance Company of Illinois is continued to and including February 22, 2011.

    Dated:   February 3rd, 2011

                                     BY THE COURT:

                                     s/Richard P. Matsch
                                     _____
                                     Richard P. Matsch, Senior District Judge