IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-01481-RPM

THE CHARTER OAK FIRE INSURANCE COMPANY,

    Plaintiff,

v.

UNITED FINANCIAL CASUALTY COMPANY,
ZURICH AMERICAN INSURANCE COMPANY OF ILLINOIS,

    Defendants.
_____

ORDER FOR DISMISSAL OF DEFENDANT ZURICH AMERICAN INSURANCE
COMPANY OF ILLINOIS
_____

    Pursuant to the Stipulation for Dismissal with Prejudice of Claims Against Zurich American Insurance Company of Illinois [32], filed February 15, 2011, it is now

    ORDERED that the complaint against Defendant Zurich American Insurance Company of Illinois is dismissed with prejudice, each party to pay their own costs and attorneys' fees.

    Dated:   February 16th, 2011

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior District Judge