**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Senior District Judge Richard P. Matsch**

Date:              May 9, 2011
Courtroom Deputy:  J. Chris Smith
FTR Technician:    Kathy Terasaki

_____

Civil Action No. 10-cv-01481-RPM

THE CHARTER OAK FIRE INSURANCE COMPANY,          Kevin F. Amatuzio
a Connecticut corporation,

      Plaintiff,

v.

UNITED FINANCIAL CASUALTY COMPANY,               Michael W. Anderson
a Missouri corporation,

      Defendant.
_____

## COURTROOM MINUTES
_____

**Hearing On Motion For Summary Judgment**

**1:56 p.m.**     **Court in session.**

Court's preliminary remarks and states its summary of the case facts.

2:02 p.m.     Argument by Mr. Amatuzio.
2:11 p.m.     Argument by Mr. Anderson.
2:20 p.m.     Rebuttal argument by Mr. Amatuzio.

Court makes oral findings of fact and conclusions of law as stated on record.

**ORDERED:**     **Plaintiff's Motion for Summary Judgment, filed November 29, 2010 [28], is granted. Judgment shall enter in favor of the plaintiff and against the defendant for $125,000 plus prejudgment interest at the rate of 8% from February 20, 2010.**
                **Counsel shall submit a proposed order.**

Further statements by Mr. Andseron.

**2:26 p.m.**     **Court in recess.**

Hearing concluded.  Total time: 30  min.